UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-Civ-22750-COOKE
(Case No. 08-Cr-20870-COOKE)

YALANSKI DAWKINS,

Movant,

vs.

UNITED STATES OF AMERICA,

Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Lissette Reid, U.S. Magistrate, pursuant to 28 U.S.C. § 636(b)(1)(B) and S.D. Fla. Admin. Order 2019-2, for a report and recommendation on Movant's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (the "Motion"). ECF No. 33. On February 1, 2021, Judge Reid issued a Report and Recommendation (the "Report") on Movant's Motion. ECF No. 39. In her Report, Judge Reid recommends that: 1) Movant's Motion be denied; 2) no Certificate of Appealability be issued; and 3) that this case be CLOSED by the Clerk of Court. Movant filed Objections to Judge Reid's Report on February 15, 2021. ECF No. 40.

I have reviewed Judge Reid's Report and Recommendation, the objections thereto, and I have made a de novo review of the record. Upon doing so, I find Judge Reid's Report and Recommendation to be clear, cogent, and compelling. Therefore, it is **ORDERED and ADJUDGED** that Judge Reid's Report and Recommendation (ECF No. 39) is **AFFIRMED and ADOPTED** as the Order of this Court. Accordingly, the Motion to Vacate Sentence (ECF No. 1) is **DENIED**. Furthermore, a certificate of appealability is **DENIED**. The Clerk is directed to **CLOSE** the case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 27th day of April 2021.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Lissette Reid, U.S. Magistrate Judge*
*Yalanski Dawkins*
*Counsel of record*